

JASON R. OHLIGER - PARTNER
ADMITTED IN NY, NJ AND PA
OHLIGER@TRISTATETRIAL.COM

> Granted. The Clerk of Court is respectfully directed to strike the filing at docket 11.
>
> Separately, while the Court has now received the parties' proposed Case Management Plan, the parties have not yet filed the letter required by the Order scheduling the initial pretrial conference in this case, which was due yesterday. *See* Dkt. 9. They are directed to do so forthwith, and no later than 12:00 p.m. on Monday, July 19, 2021.
>
> SO ORDERED.
>
> *Paul A. Engelmayer*
> PAUL A. ENGELMAYER
> United States District Judge
>
> July 16, 2021

July 16, 2021

**VIA ECF**

Honorable Judge Paul A. Engelmayer
United States Courthouse
Thurgood Marshall
40 Foley Square
New York, NY 10007

**Re:** Jill Blessington v. Kara Lynn Merritt; 1:21-CV-04703

Dear Honorable Judge Engelmayer:

    I write to request that docket entry # 11 be stricken from the docket as it was erroneously filed and contains personal sensitive case information on an unrelated matter.

    I thank you for your time and consideration and apologize to the Court for the oversight.

    Respectfully Submitted,

    Jason R. Ohliger, Esq.

JRO/mar
cc: Frederick D. Schmidt, Jr., Esq. via ECF

ZIMMERMAN | OHLIGER

THE KENWORTHEY BUILDING · 410 BROAD STREET, MILFORD, PA 18337 · 570-296-7300 (T) · 570-296-8600 (F)
NY OFFICE: 143 PIKE STREET, PORT JERVIS, NY 12771 · 845-856-5333 (T)
WWW.TRISTATETRIAL.COM