USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JILL BLESSINGTON,

                           Plaintiff,

             -against-

KARA LYNN MERRITT and FRANK E. MERRITT,

                         Defendants.

----------------------------------------------------------------X

7:21-CV-4703 (JCM)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of this case having been reassigned to the Magistrate Judge Judith C. McCarthy on July 22, 2021 the Initial Case Management Conference Previously scheduled for **August 11, 2021 before Judge Katharine H. Parker** is hereby adjourned *sine die*.

      SO ORDERED.

DATED:     New York, New York
                July 23, 2021

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge